UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-1891FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DAKIM GREGORY | ) |

### ORDER

This matter having come before the Court by a Motion to Dismiss *Pro Se* Appeal filed on January 6, 2016 and pursuant to the Text Order dated January 7, 2016.

It is hereby ORDERED that said *Pro Se* Motion to Appeal filed by the Defendant shall be dismissed.

IT IS SO ORDERED.

This the  20th  day of January, 2016.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge