UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:15-CR-189-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| DAKIM GREGORY, ) | |
| ) | |
| Defendant. ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Motion for Downward Departure or Variance and Incorporated Memorandum of Law, Docket Entry Number 133, filed on February 6, 2018, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Downward Departure or Variance and Incorporated Memorandum of Law, Docket Entry Number 133, be sealed.

This __6th__ day of __February__, 2018.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Court Judge